U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    NOV 16 2016
         WP

WILLIAM W. BLEVINS
CLERK

11-14-16

Dear Clerk of Court    16-15777 J(1)

I'm writing you about a civil matter
I have in process with you all CASE no. 16-15777
Section: "J" (1) I truly made a mistake with the
Deputy name, who work the control when me Finger
was Crushed in the cell bars, that Fracture, broken my Finger
Her name is Deputy Davis... Sorry For the
mistake ....

TENDERED FOR FILING

NOV 16 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy

Thank you all For
your time may God
bless you all.......

The Deputy name need to be changed
From Jones to Deputy Davis...

____ Fee
____ Process
_X_ Dktd
____ CtRmDep
____ Doc. No.

I can redo the brief notation
with complaint what happen where
I can correct the name if it's
a problem, so if you need to Forward
page 3 or back, section 3 III or of my complaint
to me, and I will resend it
back soon as possible ..... The
with brief Facts of what happen

Thank you all
once again...

Odell Guidry #75832110
J.P.C.C.
P.O. box 388 Grenta, La. 70054
Civil Action No. 16-15777
Section - J (1)

Odell Guidry 758 32110
J.P.C.C.
Grenta, La. 70053
P.O. box 387

NEW ORLEANS LA 700

15 NOV 2016 PM 3 L

FOREVER
USA

Bank Swallow

Clerk's Office
United states District Court
Eastern District of Louisana

New Orleans, La. 70130

7013089999