UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ODELL LOUIS GUIDRY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-15777** |
| **JEFFERSON PARISH CORRECTIONAL CENTER, ET AL.** | **SECTION: "J"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights claims are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's state law claims, if any, are **DISMISSED WITHOUT PREJUDICE** to their being asserted in the state courts.

New Orleans, Louisiana, this 31st day of January, 2017.

_____
**UNITED STATES DISTRICT JUDGE**